IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY J. BRODZKI,<br>Plaintiff,<br>vs.<br><br>NORTH RICHLAND HILLS<br>POLICE DEPARTMENT,<br>Defendant. | No. 3:10-CV-0539-P-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the recommendation entered in this case, Plaintiff shall pay $50.00 to the Clerk of this Court as a monetary sanction. Plaintiff shall not file any civil action in this Court unless he shows that he has paid that sanction. If the Court receives a complaint from Plaintiff without proof that the sanction has been paid, the Clerk of the Court shall docket the filing for administrative purposes only and immediately close the case after placing a copy of this order in the case file. The Court will not otherwise address or acknowledge submissions that do not show proof that the monetary sanction has been paid. Plaintiff is also warned that further abuses of the litigation process may result in more harsh sanctions, including additional monetary sanctions payable to the Clerk of the Court and a prohibition of filing future cases *in forma pauperis* except by leave of court.

SIGNED this 19th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE